Date: Monday August 13, 2018

Case#/DOCKET#: 6:17-CR-00056(1)-RP

The United States of America VS Larry Derrance Randle

**FILED**

AUG 1 7 2018

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

To: **The Honorable Judge Robert Pitman**
From: **Larry Derrance Randle**

Honorable Judge Pitman I pray that this letter find you in great spirit. I am writing you regarding the matters in which I have previously reached out to the court for in earlier letters. Because I have been in transit status for the last couple months, I am uncertain if the court has had an opportunity to review my claims as well as respond to my claims. I have now finally made it to a home base at the Pollock, La Federal Prison where I will remain for some time. I should be able to receive any and all mail here at this facility. I would like for your Honorable Court to notify me of any possible and ongoing ramifications regarding my case load. Mr. Johnathan Sibley was my attorney representing me in your court room, but for reasons unknown to me currently I have yet to receive any response from his legal office or team after a multitude of attempts. My family has also tried calling and emailing his office almost every day for two months now and even from that aspect we have not heard anything back. I am 100% unclear on what legal methods to take on my own in correcting the errors I believe that my case has. I'm completely uncertain if Mr. Sibley even have ownership of my case and files or if at this point he is finished with me. If needed, will the court please appoint me someone to help assist me in reviewing the errors in judgment? I am praying for swift justice.

Sincerely,
Larry Derrance Randle



LARRY RANDLE #27028078
FCI POLLOCK
FEDERAL CORRECTION INSTITUTION
ROANOKE LA/9/-
PO BOX 4050
POLLOCK LA 71467

SHREVEPORT LA 710

15 AUG 2018 PM 11

HONORABLE JUDGE ROBERT PITMAN
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE 3RD FLOOR
WACO TX 76701

76701-193455